Sam Feffer, Respondent, v. A. David Tannenbaum, Individually and as President of Window Cleaners Employers Association, Appellant.— Judgment

so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.